W. WEST ALLEN
Nevada Bar. No. 5566
JONATHAN FOUNTAIN
Nevada Bar No. 10531
JASON P. WEILAND
Nevada Bar No. 12127
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
wwa@h2law.com

*Attorneys for Plaintiff,*
*Shenzhen Imaginevision Technology Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| X-TREMENTERPRISE, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN IMAGINEVISION TECHNOLOGY LIMITED, a foregin entity,<br><br>Defendant. | Case No.: 2:18-cv-00650<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1 Plaintiff X-TREMENTERPRISE ("Plaintiff") and Defendant SHENZHEN IMAGINEVISION TECHNOLOGY LIMITED ("Defendant") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff commenced this action by filing a Complaint (ECF No. 1) on April 11, 2018. Plaintiff served Defendant SHENZHEN with the Complaint on April 11, 2018.

2. The current deadline to answer or otherwise respond to the Complaint is May 2, 2018. There have been no previous requests to extend the time to answer or otherwise respond to Plaintiff's Complaint.

THEREFORE, Plaintiff X-TREMENTERPRISE and Defendant SHENZHEN IMAGINEVISION TECHNOLOGY LIMITED hereby stipulate and agree that Defendant's time to

answer or otherwise respond to Plaintiff's Complaint shall be extended to and include Wednesday, May 16, 2018.

DATED this 30th day of April, 2018.

GREENBURG TRAURIG, LLP

 /s/ Donald L. Prunty
Mark G. Tratos
Donald L. Prunty
Shauna L. Norton
Bethany L. Rabe
3773 Howard Hughes Pkwy., Suite 400
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*
X-TREMENTERPRISE

DATED this 30th day of April, 2018.

HOWARD & HOWARD ATTORNEYS PLLC

 /s/ W. West Allen
W. West Allen
Jonathan Fountain
Jason P. Weiland
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant*
SHENZHEN IMAGINEVISION
TECHNOLOGY LIMITED

ORDER

**IT IS SO ORDERED:**

By**:** _____
UNITED STATES MAGISTRATE JUDGE

DATED: April 30, 2018

4836-7850-8644, v. 1

2

4839-5913-6581 v.2