MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
pruntyd@gtlaw.com
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
nortons@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| X-TREMENTERPRISE, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN IMAGINEVISION TECHNOLOGY LIMITED, a foreign entity,<br><br>Defendant. | Case No.: 2:18-cv-00650-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE** |

Plaintiff X-Trementerprise ("Plaintiff") and Defendant Shenzhen ImagineVision Technology Limited ("Defendant") (collectively the "Parties") hereby stipulate and agree as follows:

1. Plaintiff commenced this action in the United States District Court, District of Nevada on April 11, 2018.

2. Defendant was served with the Summons and Complaint on April 11, 2018.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3. Defendant filed its Answer to the Complaint and Counterclaim on May 16, 2018.

4. Plaintiff and Defendant have stipulated and agreed to extend the time for the Plaintiff to respond or otherwise plead to Defendants' Counterclaim up to and including June 20, 2018.

5. Plaintiff and Defendant have further stipulated and agreed to extend the time for Plaintiff to amend its Complaint as a matter of course up to and including June 20, 2018.

6. This is the first extension of time requested by the Parties. This Stipulation is made in good faith and not in an attempt to delay proceedings.

Respectfully submitted,

DATED: this 31st day of May, 2018.

**GREENBERG TRAURIG, LLP**

*/s/ Shauna L. Norton*
Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
Shauna L. Norton (Bar No. 11320)
Bethany L. Rabe (Bar No. 11691)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiff*

**HOWARD & HOWARD ATTORNEYS PLLC**

*/s/ W. West Allen*
W. West Allen (Bar No. 5566)
Jonathan W. Fountain (Bar No. 10531)
Jason P Weiland (Bar No. 12127)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Counsel for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-31-2018

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2018, a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system and parties may access this filing through the Court's CM/ECF system.

       /s/ *Cynthia Ney*
       An Employee of Greenberg Traurig, LLP

LV 421152104v1