# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| X-TREMENTERPRISE, a foreign corporation; XSORIES HONG KONG LIMITED, a foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHENZHEN IMAGINEVISION TECHNOLOGY LIMITED, a foreign entity, IMAGINE VISION TECHNOLOGY (HONG KONG) LIMITED; a foreign entity; ZHANG FAN aka JASON FAN, an individual; KINSON LOO, and individual; XIAMEN MEITU MOBILE TECHNOLOGY CO., LTD., a foreign entity,<br><br>Defendants. | 2:18-cv-00650-JAD-VCF<br><br>**ORDER** |

Before the Court is the proposed discovery plan and scheduling order (ECF No. 22).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the proposed discovery plan and scheduling order (ECF No. 22) is scheduled for 1:00 PM, September 7, 2018, in Courtroom 3D.

DATED this 28th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE