1  MARK G. TRATOS, ESQ. (NV BAR NO. 1086)
   tratosm@gtlaw.com
2  DONALD L. PRUNTY, ESQ. (NV BAR NO. 8230)
   pruntyd@gtlaw.com
3  SHAUNA L. NORTON, ESQ. (NV BAR NO. 11320)
   nortons@gtlaw.com
4  BETHANY L. RABE, ESQ. (NV BAR NO. 11691)
   rabeb@gtlaw.com
5  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway
6  Suite 400 North
   Las Vegas, Nevada 89169
7  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
8  *Counsel for Plaintiff/Counterclaim-Defendant*

9

10              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA

11 X-TREMENTERPRISE, a foreign corporation;      Case No.: 2:18-cv-00650-JAD-VCF
   XSORIES HONG KONG LIMITED, a foreign
12 corporation,

13              Plaintiffs,                       **STIPULATION AND ORDER TO
                                                    CONTINUE HEARING**
14 v.

15 SHENZHEN IMAGINEVISION
   TECHNOLOGY LIMITED, a foreign entity;
16 IMAGINE VISION TECHNOLOGY (HONG
   KONG) LIMITED, a foreign entity; ZHANG
17 FAN aka JASON FAN, an individual; KINSON
   LOO, and individual; XIAMEN MEITU
18 MOBILE TECHNOLOGY CO., LTD., a
   foreign entity,
19
20              Defendants.

21 AND RELATED COUNTER-CLAIM

22

23      **IT IS HEREBY STIPULATED AND AGREED** by and among the parties,

24 Plaintiff/Counter-Defendant X-Trementerprise and Plaintiff Xsories Hong Kong Limited (together

25 "Plaintiffs") by and through their undersigned counsel of record, and Defendant/Counter-claimant,

26 Shenzhen Imaginevision Technology Limited ("Defendant") (collectively the "parties") as follows:

27      1.      The parties filed their proposed Discovery Plan and Scheduling Order on August 28,

28 2018 [ECF No. 22].

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 421194374v2

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1    2.    On August 28, 2018, the Court issued an Order setting a hearing on the proposed

2    Discovery Plan and Scheduling Order to occur on September 7, 2018 in Courtroom D at 1:00 p.m.

3    [EC No. 23].

4    7.    An irreconcilable scheduling conflict has arising for counsel for Plaintiffs for the

5    current hearing date on the proposed Discovery Plan and Scheduling Order. The parties conferred

6    regarding the conflict and are agreeable to continuing the hearing to a mutually agreeable date.  As a

7    result of those discussions, the parties respectfully request that the hearing on the proposed

8    Discovery Plan and Scheduling Order be continued to either September 24, 2018, September 26,

9    2018 or September 27, 2018.

10    8.    This request is made in good faith and not for purpose of delay.

11    Respectfully Submitted,

12

13    DATED this 5th day of  September, 2018.        DATED this 5th day of September, 2018.

14    GREENBERG TRAURIG, LLP            HOWARD & HOWARD

15        _/s/  Shauna L. Norton_            _/s/  W. West Allen_
      Mark Tratos, Esq.                W. West Allen (Bar No. 5566)
16    Nevada Bar No. 1086              Jonathan W. Fountain (Bar No. 10531)
      Donald L. Prunty, Esq.            Jason P Weiland (Bar No. 12127)
17    Nevada Bar No. 8230              3800 Howard Hughes Pkwy., Suite 1000
      Shauna L. Norton, Esq.            Las Vegas, Nevada  89169
18    Nevada Bar No. 11320
      Bethany L. Rabe, Esq.            *Counsel for Shenzhen Imaginevision Technology*
19    Nevada Bar No. 11691            *Limited*
      3773 Howard Hughes Parkway, Suite 400 N
20    Las Vegas, NV 89169

21    *Counsel for Plaintiffs*

22

23        **IT IS HEREBY ORDERED** that the current hearing scheduled for September 7, 2018 at

24    1:00 p.m. on the proposed Discovery Plan and Scheduling Order be vacated and rescheduled for

25    September 26, 2018 at 1:00 p.m. Courtroom 3D.

26

27    UNITED STATES MAGISTRATE JUDGE

      DATED: September 6, 2018

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

## CERTIFICATE OF SERVICE

2  I hereby certify that on the 5th day of September, 2018, a true and correct copy of the

3  foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING Order**

4  was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all

5  parties by operation of the Court's CM/ECF system and parties may access this filing through the

6  Court's CM/ECF system.

7

8  _/s/___Cynthia L. Ney_____ _____
   An Employee of Greenberg Traurig, LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LV 421194374v2