MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
DONALD L. PRUNTY, ESQ.
Nevada Bar No. 8230
pruntyd@gtlaw.com
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
nortons@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| X-TREMENTERPRISE, a foreign corporation; XSORIES HONG KONG LIMITED, a foreign corporation,<br><br>Plaintiffs,<br>v.<br>SHENZHEN IMAGINEVISION TECHNOLOGY LIMITED, a foreign entity; IMAGINE VISION TECHNOLOGY (HONG KONG) LIMITED, a foreign entity; ZHANG FAN aka JASON FAN, an individual; KINSON LOO, and individual; XIAMEN MEITU MOBILE TECHNOLOGY CO., LTD., a foreign entity,<br>Defendants.<br><br>AND RELATED COUNTER-CLAIM AND THIRD PARTY-COMPLAINT | Case No.: 2:18-cv-00650-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINES** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs/Cross-Defendants X-Trementerprise and Xsories Hong Kong Limited and Defendants/Counter-Plaintiffs C Shenzhen ImagineVision Technology Limited, Imagine Vision Technology (Hong Kong) Limited, Zhang Fan aka Jason Fan, Kinson Loo and Xiamen Meitu Mobile Technology Co., Ltd. (collectively the "Parties") by and through their undersigned counsel of record that the response deadlines for the following be extended by thirty (30) days:

1. Plaintiffs/Cross-Defendants X-Trementerprise and Xsories Hong Kong Limited's response to Defendant/Counter-Plaintiff Shenzhen ImagineVision Technology Limited's Counter-claim;

2. Third Party Defendant Franck Bywalski's response to Defendant/Counter-Plaintiff Shenzhen ImagineVision Technology Limited's Third-Party Complaint; and

3. Kinson Loo's response to Plaintiffs/Cross-Defendants X-Trementerprise and Xsories Hong Kong Limited's First Amended Complaint.

4. The parties have reached an agreement to resolve this matter and wish to allow time to finalize the settlement documents so that they can avoid unnecessary expenses in preparing these responses.

5. This is the first extension of time requested by the Parties. This Stipulation is made in good faith and not in an attempt to delay the proceeding.

Respectfully submitted,

DATED: this 7th day of May, 2019.

**GREENBERG TRAURIG, LLP**

*/s/ Shauna L. Norton*
Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
Shauna L. Norton (Bar No. 11320)
Bethany L. Rabe (Bar No. 11691)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Counsel for Plaintiffs*

ACTIVE 43290499v1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

HOWARD & HOWARD ATTORNEYS PLLC

*/s/ W. West Allen*

W. West Allen (Bar No. 5566)
Jonathan W. Fountain (Bar No. 10531)
Jason P Weiland (Bar No. 12127)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Counsel for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2019, a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINES** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system and parties may access this filing through the Court's CM/ECF system.

                                     /s/   *Cynthia Ney*
                                  An Employee of Greenberg Traurig, LLP

ACTIVE 43290499v1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002